### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### SOUTHERN DIVISION

| | |
|---|---|
| STERLING L. POWELL, SR.,<br><br>Plaintiff,<br><br>v.<br><br>QUANTUM AVIATION, LLC, et al.<br><br>Defendants. | Civil Action No. 8:24-cv-03611-PX |

### LOCAL RULE 111 NOTICE

Quantem Aviation Services LLC ("QAS") hereby gives notice to the Court that a settlement agreement has been reached in this civil action and that each side will bear their own costs.

Dated: December 18, 2024                Respectfully Submitted,

*/s/ Jonathan M. Stern*

Jonathan M. Stern (T-03933)
VICTOR RANE GROUP, INC.
1200 G Street, NW, Suite 230A
Washington, DC 20005
jstern@victorrane.com; 202.545.7768

Stephen J. Shapiro (*pro hac vice* pending)
VICTOR RANE GROUP, INC.
2005 Market Street, Suite 3120
Philadelphia, PA 19103
sshapiro@victorrane.com; 267.297.2249